UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-62772-RLR

JON B. FELICE,

    Plaintiff,

v.

INVICTA WATCH COMPANY OF
AMERICA, INC.,

    Defendants.
_____/

**STIPULATION ACKNOWLDGING SERVICE
AND JOINT MOTION FOR [PROPOSED]
SCHEDULING ORDER**

Defendant, Invicta Watch Company of America, Inc. ("Invicta" or "Defendant"), and Plaintiff, Jon B. Felice ("Felice" or "Plaintiff"), by and through their undersigned counsel, hereby file this stipulation acknowledging service of process in response to Court's Order of January 4, 2017 [D.E. #6], and move this Honorable Court for the entry of a briefing schedule relative to Felice's Complaint [D.E. #1] (the "Proposed Schedule") and as good cause for this motion state:

1.    This action was commenced on November 22, 2016 [D.E. #1].

2.    Plaintiff represents that on November 30, 2016, he mailed a copy of the Complaint with Notice and Request for Waiver of Service, pursuant to Fed. R. Civ. P. 4 to Invicta's registered agent (the "Waiver").

3.    Following the Court's order of January 4, 2017 [D.E. #6], counsel for Plaintiff followed up with Invicta's registered agent via email to confirm receipt of Waiver before commencing formal service.

4. The same day, counsel for Invicta contacted counsel for Plaintiff and indicated that apparently the Waiver had not been received but that Invicta would agree to waive service pursuant to Fed. R. Civ. P. 4(d).

5. Accordingly, having received the Complaint and having conferred with counsel for Plaintiff, Invicta hereby acknowledges and waives service of process pursuant to Fed. R. Civ. P. 4(d).

6. On January 5, 2017, counsel for Invicta filed a notice of appearance [D.E. # 7].

7. With regard to responding to the Complaint, the parties have conferred and agreed to the following Proposed Schedule:

A. Defendant shall move or otherwise respond to the Complaint on or before **February 16, 2017**;

B. If the response is in the form of a motion to dismiss; Plaintiff shall have until **March 22, 2017**, to file an opposition to said motion; and

C. Defendant shall have until **April 12, 2017**, to file its reply in support of the motion to dismiss.

WHEREFORE, the parties jointly request this Court to enter an Order approving the Proposed Schedule.

Respectfully submitted January 6, 2017

| | |
|---|---|
| HELLER WALDMAN P.L.<br>3250 Mary Street, Suite 102<br>Coconut Grove, Florida 33133<br>Telephone No: (305) 448-4144<br><br>By: /s/ Glen H. Waldman<br>Fla. Bar. No. 618624<br>Michael A. Sayre, Esq.<br>Fla. Bar No. 17607<br>*Attorneys for Defendant Invicta* | THE POLASZEK LAW FIRM, PLLC<br>3407 W. Kennedy Blvd.<br>Tampa, FL 33609<br>Telephone No. (813) 574-7678<br><br>By: /s/ Christopher S. Polaszek<br>Fla. Bar. No. 0116866<br>chris@polaszeklaw.com |

2

NEWMAN FERRARA LLP
Jeffrey M. Norton
Roger A. Sachar, Jr.
1250 Broadway, 27th Floor
Telephone No.: (212) 619-5400

*Attorneys for Plaintiff Jon B. Felice*