UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO. 16-CV-62772-ROSENBERG/BRANDON

JON B. FELICE, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

INVICTA WATCH COMPANY OF
AMERICA, INC.

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff JON B. FELICE and Defendant INVICTA WATCH COMPANY OF AMERICA, INC., stipulate and agree to dismiss all individual claims made by Plaintiff FELICE as to Defendant INVICTA WATCH COMPANY OF AMERICA, INC., in their entirety with prejudice. It is further agreed that each party is to bear their own costs and attorney fees incurred to date.

Dated this 5th day of April, 2018.

| | |
|---|---|
| _/s/ Jeffrey M. Norton_ | _/s/ Andrea Cox_ |
| JEFFREY M. NORTON | ANDREA COX |
| Admitted *Pro Hac Vice* | Florida Bar No.: 173495 |
| Newman Ferrara LLP | Saul Ewing Arnstein & Lehr LLP |
| 1250 Broadway, 27th Fl. | 200 South Biscayne Boulevard |
| New York, NY 10001 | Suite 3600 |
| jnorton@nfllp.com | Miami, FL 33131 |
| *Counsel for Plaintiff* | andie.cox@saul.com |
| | *Counsel for Defendant,* |
| | *Invicta Watch Company of America, Inc.* |

   */s/ Christopher S. Polaszek*
CHRISTOPHER S. POLASZEK
Fla. Bar No. 0116866
The Polaszek Law Firm, PLLC
3407 W. Kennedy Blvd.
Tampa, FL 33609
chris@polaszeklaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court and served electronically on all parties listed to receive email notification in this matter.

          By:   */s/ Jeffrey M. Norton*
                JEFFREY M. NORTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

CASE NO. 16-CV-62772-ROSENBERG/BRANDON

JON B. FELICE, individually and
on behalf of others similarly situated,

      Plaintiff,

v.

INVICTA WATCH COMPANY OF
AMERICA, INC.

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint Stipulation For Dismissal With Prejudice, and the Court being duly advised in the premises, this cause is hereby dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

DONE AND ORDERED in chambers in Southern District Court of Florida this _____ day of _____, 2018.

_____
Robin L. Rosenberg
United States District Court Judge

Copies furnished to:

Jeffrey M. Norton, Esq. (jnorton@nfllp.com)
Christopher S. Polaszek, Esq. (chris@polaszeklaw.com)
Andrea Cox, Esq. (andie.cox@saul.com)